USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/03/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO FREDY CORDOBA RUIZ,

Movant,

-v-

UNITED STATES OF AMERICA,

Respondent.

22-cr-121 (LJL)
25-cv-9906 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has received a letter from Petitioner requesting an extension of time until July 28, 2026 to file a reply brief in further support of the motion under Section 2255. Dkt. No. 150. The request is dated July 15, 2026, but was docketed only on July 31, 2026. The motion is granted. In light of the delay in the motion reaching the Court, Petitioner's time to reply is extended to two weeks from today, August 17, 2026. The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner and to close the motion at Dkt. No. 150.

SO ORDERED.

Dated: August 3, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge